Gaston, Judge
 

 after stating the case, proceeded a's follows:
 

 The court is of opinion that the Judge did not err in overruling the objection. There was no alternative but to give to the note the construction which the Judge put upon it, or to consider the most important part of it as Wholly unmeaning. If a sensible meaning could be
 
 given
 
 to this part of the instrument, it was the duty of the court to assign to it this meaning. The reasons stated by the Judge for the interpretation
 
 which
 
 he adopted and
 
 which
 
 reasons we need not repeat are satisfactory. To these however, it may be added that the note by its terms, was made for the payment of money — that it must be understood, unless otherwise distinctly expressed, to be made for the payment of money, the currency of our country — that of this currency, by the express enactment of Congress, act of April 2d, 1792, a dollar is
 
 the
 
 unit•— that all other coins arc recognized as either multiples or fractional parts of that unit — that by the act of our State Legislature, 1809, c.
 
 775,
 
 the currency of the State is recognized to be that of
 
 “
 
 dollars and cents,” that is these units and the hundredth parts thereof — and that this note could not be understood by the parties, by a court or by a jury in any other sense than as stipulating for the payment of four hundred and forty-seven dollars, (or units) and sixty - six cents (or the hundredth parts thereof.) The judgment of the court below is affirmed with costs.
 

 3?er Curiam — Judgment aeeirmeb.